# JAMES KOUSOUROS
## ATTORNEY AT LAW

260 Madison Avenue, 22nd floor • New York, NY 10016
212•532•1934 / 212•532•1939 fax
E-mail: James@kousouroslaw.com

JAMES KOUSOUROS
FOUNDER & PRINCIPAL

EVAN L. LIPTON
COUNSEL

EMMA J. COLE
LEGAL ASSISTANT

February 7, 2024

**APPLICATION GRANTED**
**SO ORDERED** _____
**VERNON S. BRODERICK**
**U.S.D.J.**  02/08/2024

<u>By ECF</u>
Vernon S. Broderick
United States District Court
40 Foley Square
New York, NY 10007

Re: *United States v. Mercado (*VOSR),
14 Cr. 654

Dear Judge Broderick:

    I represent Franklin Mercado in the above-referenced violation of supervised release hearing. This matter is scheduled for possible plea and sentence on February 14, at 11:00 a.m., with any defense filing due today.

    I write, with the consent of the government (A.U.S.A. Balsamello), to respectfully request leave to instead submit my filing on Friday, February 9. The reason for this request is that I have not had the necessary time to meet with my client at the MDC.

                                            Respectfully yours,

                                            Evan L. Lipton

Cc:    Gov't counsel (by ECF)